```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ADVANCED PLASTIC SURGERY OF NORTH :
SHORE, P.C., MAHIRA TANOVIC, M.D., AND :
AVIA WILLIAMNS, :
                              Plaintiffs, :
                                          :       20-cv-8218 (VEC)
               -against- :
                                          :       ORDER
 :
AETNA LIFE INSURANCE COMPANY, :
 :
                              Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial pretrial conference is currently scheduled for November 20, 2020 at 10:00 a.m.;

IT IS HEREBY ORDERED: Due to a scheduling conflict, the conference is adjourned to **December 4, 2020 at 11:00 a.m**.  At the scheduled time, counsel for all parties should call 888-363-4749, using the access code 3121171 and the security code 8218.

**SO ORDERED.**

Date: November 19, 2020
      New York, New York

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**