```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ADVANCED PLASTIC SURGERY OF NORTH       :
SHORE, P.C., MAHIRA TANOVIC, M.D., AND  :
AVIA WILLIAMNS,                          :
                          Plaintiffs,    :
                                         :          20-cv-8218 (VEC)
            -against-                     :
                                         :              ORDER
                                         :
AETNA LIFE INSURANCE COMPANY,            :
                                         :
                          Defendant.     :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS an initial pretrial conference was held on December 11, 2020;

    IT IS HEREBY ORDERED:

    1.  Defendant's motion to dismiss is due by **December 18, 2020**.  Plaintiff may either

        amend the complaint *or* oppose Defendant's motion to dismiss by **January 22, 2021.**

        Defendant's reply is due by **February 5, 2021.**

    2.  The Court will not enter a case management plan at this time.  Formal discovery is

        STAYED pending the resolution of the motion to dismiss.

**SO ORDERED.**

**Date:  December 11, 2020**                              **VALERIE CAPRONI**
        **New York, New York**                      **United States District Judge**