```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
ADVANCED PLASTIC SURGERY OF NORTH       :
SHORE, P.C., MAHIRA TANOVIC, M.D., AND   :
AVIA WILLIAMNS,                                          :
                               Plaintiffs,      :
                                                                        :      20-cv-8218 (VEC)
                  -against-                                   :
                                                                        :            <u>ORDER</u>
                                                                        :
AETNA LIFE INSURANCE COMPANY,        :
                                                            Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on December 18, 2020, Defendant filed a motion to dismiss (Dkt. 17);

        WHEREAS on January 22, 2021, Plaintiffs filed an Amended Complaint (Dkt. 20);

        IT IS HEREBY ORDERED:

1. Defendant's motion to dismiss is DENIED as moot.

2. Defendant may either answer or move against Plaintiffs' Amended Complaint by **March 1, 2021.**

The Clerk of Court is directed to close the open motion at docket entry 17.

**SO ORDERED.**

**Date: January 25, 2021**
      **New York, New York**

                                                                             _____
                                                                              **VALERIE CAPRONI**
                                                                              **United States District Judge**